UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK A. GONZALES, | ) | 1:05-CV-1070 OWW DLB P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #12) |
| JAMES A. YATES, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 13, 2006, plaintiff filed a motion to extend time to submit an application to proceed in forma pauperis and a certified copy of his trust account statement, or pay the $250 filing fee. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to submit an application to proceed in forma pauperis..

IT IS SO ORDERED.

**Dated:** November 2, 2006          /s/ Dennis L. Beck
3c0hj8                              UNITED STATES MAGISTRATE JUDGE